**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK Y. MILNER, | ) | CASE NO. CV 10-08072 JVS (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MIKE McDONALD, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Petitioner has not filed any written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 29, 2011

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE