**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK Y. MILNER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MIKE McDONALD, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 10-08072 JVS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RODERICK Y. MILNER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 29, 2011      */s/ James V. Selna*

　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE